# In the United States Court of Federal Claims

BID PROTEST

| | |
|---|---|
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, ) ) ) ) Plaintiff, ) ) v. ) ) THE UNITED STATES, ) ) Defendant, ) ) | No. 11-897C<br><br>Filed December 28, 2011 |

## ORDER

      Pursuant to the Court's Order of December 27, 2011 (docket entry 11), the parties participated with the Court in a telephonic initial status conference in this bid protest case on December 28, 2011.

      Government counsel stated that the Air Force did not intend to withhold an award pending this Court's ruling on the merits and, indeed, had made an award to Sierra Nevada Corporation on December 22, 2011.

      The Government agreed to file the administrative record ("AR") by **Tuesday, January 10, 2012**. The Court **GRANTED** the Government's motion for leave to file the AR on CD-Rom. In addition, the Government shall deliver two hard copies of the AR to Chambers by **Tuesday, January 10, 2012**. The AR shall be filed under seal. Plaintiff's motion for leave to file its complaint and related documents under seal (docket entry 2, Dec. 27, 2011) is **GRANTED**.

      The parties and the Court were in agreement that a protective order should be entered in this case substantially in the form of the proposed protective order attached to plaintiff's motion for a protective order and for leave to file under seal filed December 27, 2011 (docket entry 2). The Court will issue such a protective order shortly.

      The parties shall adhere to the following briefing schedule on cross-motions for judgment on the AR: Plaintiff shall file its motion for judgment on the AR by **Tuesday, January 31, 2012**. The Government shall file its motion for judgment on the AR and response in opposition to plaintiff's motion by **Tuesday, February 14, 2012**. Plaintiff shall file its reply in support of its motion and response in opposition to the Government's motion by **Tuesday, February 21, 2012**. The Government shall file its reply in support of its motion by **Tuesday, February 28, 2012**. Following the completion of briefing, the Court will advise the parties whether the Court believes that oral argument or an evidentiary hearing would be helpful.

The parties shall adhere to the following briefing schedule on plaintiff's motion for a temporary restraining order or preliminary injunction (docket entries 3 and 4, Dec. 27, 2011): The Government shall file its response to plaintiff's motion by **Wednesday, January 4, 2012**. Plaintiff shall file its reply in support of its motion by **Monday, January 9, 2012**. A further telephonic status conference relating to the Court's further consideration of plaintiff's motion for a temporary restraining order or preliminary injunction will be held on **Wednesday, January 11, 2012, at 4:00 p.m. Eastern Time**. (Note change in time.) The Court will initiate the call. In the meantime, the Court will defer action on plaintiff's request for interlocutory relief.

**IT IS SO ORDERED.**

                                               s/ George W. Miller
                                              GEORGE W. MILLER
                                                   Judge