**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**BID PROTEST**
**(Electronically Filed on January 26, 2012)**

|  |  |
|---|---|
| HAWKER BEECHCRAFT DEFENSE COMPANY, LLC, | ) ) ) |
| Plaintiff, | ) No. 11-897C ) (Judge George W. Miller) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Defendant, | ) ) |
| and | ) ) |
| SIERRA NEVADA CORPORATION, | ) ) |
| Defendant-Intervenor. | ) ) |

## SIERRA NEVADA CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, Sierra Nevada Corporation ("SNC"), through its undersigned counsel, hereby submits this Disclosure Statement.

SNC is a non-governmental privately held corporation. SNC does not have a parent corporation; nor does any publicly held corporation own 10% or more of SNC's stock.

Dated: January 26, 2012

Respectfully submitted,

s/ William W. Maywhort
William W. Maywhort
**HOLLAND & HART, LLP**
90 South Cascade, Ave., Suite 1000
Colorado Springs, CO 80903
(719) 475-6479
(303) 975-5281 (fax)
wmaywhort@hollandhart.com

Counsel for Sierra Nevada Corporation

5382655_1.DOCX