# In the United States Court of Federal Claims

No. 11-897 C

HAWKER BEECHCRAFT DEFENSE
COMPANY, LLC
    Plaintiff

    v.                                                  JUDGMENT

THE UNITED STATES
    Defendant

   and

SIERRA NEVADA CORPORATION
    Defendant-Intervenor

    Pursuant to the court's Order, filed May 7, 2012, granting defendant's motion to dismiss plaintiff's complaint on mootness grounds,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiff's complaint is dismissed without prejudice.

                                                  Hazel C. Keahey
                                                  Clerk of Court

**May 11, 2012**                        By:    s/ Debra L. Samler

                                                  Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.  Filing fee is $455.00.